UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
SAN MARINO NAPLES, LLC,
    Debtor.
_____/

CASE NO: 8:09-bk-11759

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

The application of **SAN MARINO NAPLES, LLC** respectfully represent:

1. The Debtor has filed a voluntary petition under Chapter 11 of the Bankruptcy Code on the 4th day of June, 2009.

2. The Debtor has selected R. John Cole, II, Esquire, of R. John Cole, II, P.A., for the reason that he has had much experience in matters of this character and believes that he is well qualified to represent it in this proceeding.

3. The professional services that said R. John Cole, II, Esquire, is to render include:

    (a) to give legal advise with respect to the Debtor's duties and powers in this case;

    (b) to assist in the investigation of the conduct, assets, liabilities, and financial condition of the Debtor, the operation of the Debtor's business and the desirability of the continuance of such business, and any other matters relevant to the case as to the formulation of a plan;

    (c) to participate in the formulation of a plan;

    (d) to assist in requesting the appointment of a trustee or examiner, should such action become necessary;

    (e) to perform such other legal services as may be required and in the interest of the Debtor.

4. R. John Cole, II, Esquire, represents no other entity in connection with this case, and represents no interest adverse to the interest of the Debtor with respect to the matters on which he is

to be employed.

5. R. John Cole, II, Esquire has agreed to represent Debtor at the following rate: $350.00 per hour subject to review and approval by the Court. Associates of R. John Cole, II, P.A. will be billed at an hourly rate of $225.00 and paralegal time will be billed at the hourly rate of $110.00. He has received a $25,000.00 retainer for purposes of commencing representation of the Debtors. The retainer was paid by Debtor. The Debtor believes that the proposed rate is reasonable for the attorney to be retained.

**WHEREFORE,** the Debtor prays that its employment of R. John Cole, II, Esquire, of R. John Cole, II, P.A., to represent it in this case under Chapter 11 of the Bankruptcy Code at the rate indicated be approved, and that the Court grant such other and further relief as it deems just and proper.

San Marino Naples, LLC

By: _____
Berry Taylor
Its Manager

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Application for Approval of Employment of Attorney has been furnished by either electronic submission or U.S. Mail on this the ___ day of June, 2009 to the following:

The Office of the U.S. Trustee
Timberlake Annex
501 East Polk Street, Suite 1200
Tampa, Florida 33602

R. JOHN COLE, II, P.A.

_____
R. JOHN COLE, II, ESQUIRE

46 N. Washington Blvd., Suite 24
Sarasota, FL 34236
(941) 365-4055
(941) 365-4219 (FAX)
Email: rjc@rjcolelaw.com
ATTORNEY FOR DEBTOR
Florida Bar No. 191364