UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
SAN MARINO NAPLES, LLC,   CASE NO: 8:09-bk-11759-KRM
    Debtor.
_____/

# MOTION FOR ORDER EXTENDING TIME IN WHICH TO FILE SUMMARY OF SCHEDULES, SCHEDULES A-J, STATEMENT OF AFFAIRS AND DISCLOSURE OF COMPENSATION

COMES NOW the Debtor, SAN MARINO NAPLES, LLC, by and through undersigned counsel, and move this Honorable Court for the entry of an Order extending the time in which the Debtor may file the Summary of Schedules, Schedules A-J, Statement of Affairs and Disclosure of Compensation beyond the date presently set by the Federal Rules of Bankruptcy Procedure 1007(c) and the Statement of Intention beyond the date presently set by the Federal Rules of Bankruptcy Procedure 1007(b)(3). As grounds in support thereof, the undersigned would state:

1. That this matter was filed on June 4, 2009, and said documents are due to be filed with this Court on June 19, 2009.

2. That the undersigned is unable to complete these documents as the Debtors have been unable to provide all the needed information to the undersigned as of this date.

3. That the undersigned expects to receive the paperwork by June 19, 2009 and should be able to have it completed by June 25, 2009, six (6) days prior to the time set for the Meeting of Creditors.

WHEREFORE, the undersigned prays that this Honorable Court enter its Order extending until June 25, 2009, the time in which the Debtor shall have to file the Summary of Schedules, Schedules A-J, Statement of Affairs and Disclosure of Compensation with this Court, and to grant such other and further relief as this Court deems just and proper.

          R. JOHN COLE, II, P.A.

          /s/ R. John Cole, II
          R. JOHN COLE, II, ESQUIRE
          46 N. Washington Blvd., Suite 24
          Sarasota, FL 34236
          (941) 365-4055
          FAX (941) 365-4219
          ATTORNEY FOR DEBTOR
          Florida Bar No. 191364

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing DEBTOR'S MOTION FOR ORDER EXTENDING TIME IN WHICH TO FILE SUMMARY OF SCHEDULES, SCHEDULES A-J, STATEMENT OF AFFAIRS and DISCLOSURE OF COMPENSATION has been furnished by the Court's CM/ECF system or U.S. MAIL on the 16th day of June, 2009 to:

Office of the United States Trustee
501 East Polk Street
Tampa, Florida 33602

          /s/ R. John Cole, II
          R. JOHN COLE, II, ESQUIRE
          46 N. Washington Blvd., Suite 24
          Sarasota, FL 34236
          (941) 365-4055
          FAX (941) 365-4219
          Email: RJC@rjcolelaw.com
          ATTORNEY FOR DEBTOR
          Florida Bar No. 191364