UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
SAN MARINO NAPLES, LLC,   CASE NO: 8:09-bk-11759-KRM
    Debtor.
_____/

## ORDER AUTHORIZING APPOINTMENT OF ATTORNEY

THIS CASE came for final hearing on June 30, 2009, upon an Application to Employ Counsel for Debtor-In-Possession (Document No. 2 ) filed by the above referenced Debtor. The application prays for authority to employ and appoint R. John Cole, II, Esquire, of R. John Cole, II, & Associates, P.A. under a general retainer to represent said Debtor as counsel for the Debtor-In-Possession. A notice of hearing was properly served on all parties in interest and no party has filed or raised an objection to the appointment. As such, this Court is satisfied that the above named counsel represents no adverse interest to the Debtor-In-Possession in the matters upon which counsel is to be engaged. The employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of said counsel under a general retainer. It further appears that R. John Cole, II, Esq., of R. John Cole, II, & Associates, P.A. is duly authorized to practice before this Court, and therefore the Application to Employ Counsel for Debtor-In-Possession should be approved. Accordingly, it is

ORDERED that SAN MARINO NAPLES, LLC, Debtor-In-Possession be, and hereby is, authorized to employ and appoint R. John Cole, II, Esquire, of R. John Cole, II, & Associates, P.A.,

as counsel under a general retainer and to pay counsel a reasonable fee upon application and order by this Court.

DONE AND ORDERED at Tampa, Florida on this the 7-15-2009.

K. RODNEY MAY
United States Bankruptcy Judge

Copies furnished to:
R. John Cole, II, Esquire, 46 N. Washington Blvd, Suite 24, Sarasota, FL 34236
U.S. Trustee, Timberlake Annex, Suite 1200, Tampa, FL 33602
San Marino Naples, LLC, 771 Commerce Drive, Venice, FL 34292