UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No: 8:09-BK-11759
Chapter 11

SAN MARINO NAPLES, LLC,

_____Debtor._____/

## ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE

THIS CASE came before the Court on September 18, 2009, at 2:00 p.m., upon (1) General Electric Credit Equities, Inc.'s ("**GECE**") Motion for Relief from Stay (Doc. No. 71) (the "**Stay Relief Motion**"), (2) GECE's Motion to Dismiss, or in the Alternative, for Relief from Stay (Doc. No. 64) (the "**Dismissal Motion**") and (3) the Debtor's Emergency Motion Pursuant to 11 U.S.C. §364(c) for Authority to Enter into Insurance Premium Finance Agreement with Premium Financing Specialists, Inc. (Doc. No. 67) (the "**Premium Finance Motion**"). Based on the agreement of the parties as put on the record at the hearing, it is

ORDERED as follows:

1. The Motion to Dismiss is GRANTED.

2. This bankruptcy case is dismissed, upon the terms and conditions set forth in this Order.

3. All net cash in the Debtor's estate, after payment U.S. Trustee fees and current, ordinary and necessary operating expenses of the Property, consistent with the budget approved by the Cash Collateral Order and Stipulation, shall be immediately transferred to GECE.

4. The Debtor consents to an amendment to the Harbor Group management agreement that will provide Harbor Group with control over all income, rents, disbursements and financial accounts relating to the Property, and shall immediately execute such an amendment.

5. The Debtor consents to the appointment of a receiver [in state court] for the property subject to GECE's mortgage and foreclosure judgment (the "**Property**"), to the extent GECE seeks such relief in the foreclosure action.

6. Until such time as a receiver is appointed for the Property, the Debtor shall strictly comply with the terms of the Cash Collateral Order and Stipulation, and shall fully cooperate with Harbor Group in its management of the Property.

7. The Debtor consents the foreclosure sale of the Property being reset by way of an *ex parte* motion.

8. All other pending motions are denied as moot and the September 24, 2009 Court hearing on confirmation of the Debtor's proposed plan of reorganization and the Dismissal Motion is canceled.

9. The Debtor is enjoined from re-filing a petition for relief under the Bankruptcy Code for a period of 180 days from the date of entry of this Order.

10. Creditors and parties in interest shall have ten (10) days from the date of this Order to seek reconsideration thereof for cause shown, otherwise it shall be deemed final as of the date of the Order.

**DONE and ORDERED** SEP 2 3 2009 _____.

_K. RODNEY MAY_
United States Bankruptcy Judge

Copies to be provided by CM/ECF service
FTL 107,446,686v3 9-21-09

3