# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

SAN MARINO NAPLES, LLC,          CASE NO: 8:09-bk-11759-KRM

    Debtor.

_____/

## RESPONSE TO 1) EMERGENCY MOTION TO COMPEL COMPLIANCE WITH ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE AND (2) TO FIND DEBTOR IN CIVIL CONTEMPT

COMES NOW the Debtor, San Marino Naples, LLC, by and through undersigned counsel, and files this its Response to 1) Emergency Motion to Compel Compliance with Order Granting Motion to Dismiss Chapter 11 Case and (2) to Find Debtor in Civil Contempt as follows:

1. That this Court's Order dismissing this matter was entered on September 23, 2009.

2. That the Emergency Motion by General Electric Credit Equities, Inc. (GECE), was filed on October 5, 2009, the last possible date that this Court would have had jurisdiction to consider this matter. No order of this Court has been entered extending the jurisdiction of this Court past the ten-day period contemplated by the Order entered on September 23, 2009. As such, the jurisdiction of this Court ceased as of the close of business on October 5, 2009.

3. That this Motion is therefore inappropriately before this Court as it now lacks jurisdiction over the Debtor. It also has no jurisdiction over Berry Taylor, who is the manager of the Debtor.

4. Although the Court may have jurisdiction to enforce its orders it should not exercise same in this case as additionally GECE has filed numerous pleadings in the state court foreclosure action during the ten-day period since the Order was entered on September 23, 2009,

including motions for the appointment of a receiver and to reschedule its foreclosure sale. As such, GECE has invoked the jurisdiction of the state court, and this matter should now be heard by that tribunal.

5. That as such, this Court should deny the Emergency Motion based on its lack of jurisdiction over the Debtor in this dismissed Chapter 11 case.

6. That the Debtor asserts that all funds have been or are being turned over to the management company as ordered by the Court after the payment of the outstanding operating expenses and United States Trustee's fees as authorized by the dismissal order.

WHEREFORE, the Debtor prays that this Honorable Court enter its order denying the Emergency Motion to Compel Compliance with Order Granting Motion to Dismiss Chapter 11 case and to find the Debtor in civil contempt.

R. JOHN COLE, II, & ASSOCIATES, P.A.

/s/ R. John Cole, II
R. JOHN COLE, II, ESQUIRE
46 N. Washington Blvd., Suite 24
Sarasota, FL 34236
(941) 365-4055
FAX (941) 365-4219
ATTORNEY FOR DEBTOR
Florida Bar No. 191364

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Response to 1) Emergency Motion to Compel Compliance with Order Granting Motion to Dismiss Chapter 11 Case and 2) to find Debtor in Civil Contempt has been furnished by the Court's CM/ECF system or U.S. MAIL on the 6th day of October, 2009 to:

Office of the United States Trustee
501 East Polk Street
Tampa, Florida 33602

John B. Hutton, Esq.
Greenberg, Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131

Robert A. Soriano, Esq.
Greenberg Traurig, P.A.
Courthouse Plaza, Suite 100
625 East Twiggs Street
Tampa, FL 33602

                                        /s/ R. John Cole, II_____
                                        R. JOHN COLE, II, ESQUIRE